FILED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:26-MJ-00324 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| CHRISTIAN NICHOLAS CLAUSTRO, | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. |
| Defendant. | § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B.  (X)  The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the fact that Defendant submitted to detention, as well as the allegations and information in the violation report and pretrial services report, including defendant's criminal history including an active arrest warrant on another matter and an active restraining order. In addition there are mental health concerns.

IT THEREFORE IS ORDERED that the defendant be detained pending the preliminary hearing and/or final revocation proceedings in the charging district.

Dated: 5/14/26

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2